# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/18/2024 |
| Case: 1−24−44808−jmm | Form ID: 309I | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Joseph Anthony Basile         9 Prague Ct         Staten Island, NY 10309
tr          Michael J. Macco         Michael J. Macco Trustee         2950 Express Dr S         Ste 109         Islandia, NY 11749
smg         Office of the United States Trustee         Eastern District of NY (Brooklyn)         Alexander Hamilton Custom House         One Bowling Green, Room 510         New York, NY 10004−1408
10423125    ALLY         PO Box 77404         Ewing , NY 08628

                                                      TOTAL: 4