# Notice Recipients

District/Off: 0207−1      User: admin      Date Created: 11/18/2024
Case: 1−24−44808−jmm      Form ID: 760      Total: 3

**Recipients of Notice of Electronic Filing:**
tr      Michael J. Macco      ecfmacco@trustee13.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joseph Anthony Basile      9 Prague Ct      Staten Island, NY 10309
smg     Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408

    TOTAL: 2